Mary A. CULLEN, Appellant,

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (CITY OF PHILADELPHIA).**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1998.

Decided Nov. 9, 1998.

Julian C. Wessell, III, James P. McNally, Philadelphia, for Mary A. Cullen.

Jonathan F. Ball, Philadelphia, for City of Philadelphia.

David Hawkins, Secretary, for W.C.A.B.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.